# EXHIBIT A

## Green Ronin Publishing

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL169152 | SACRED BAND PROSE NOVEL SC | 6870 | GREEN RONIN PUBLISHING | 4 | BOOKS - NOVELS/SF/HORROR | 1,146 |
| STL125030 | THREEFOLD CORE RPG HC (O/A) | 6870 | GREEN RONIN PUBLISHING | 5 | GAMES | 1,063 |
| STL080417 | SHADOWTIDE BLUE ROSE RPG PROSE | 6870 | GREEN RONIN PUBLISHING | 4 | BOOKS - NOVELS/SF/HORROR | 763 |
| STL214960 | DANGER ZONES MUTANTS & MASTERM | 6870 | GREEN RONIN PUBLISHING | 5 | GAMES | 704 |
| STL248465 | CTHULHU AWAKENS AGE RPG OF WEI | 6870 | GREEN RONIN PUBLISHING | 5 | GAMES | 668 |
| STL101866 | HEIGHT OF THE STORM MUTANTS AN | 6870 | GREEN RONIN PUBLISHING | 4 | BOOKS - NOVELS/SF/HORROR | 604 |
| STL171938 | TIME TRAVELERS CODEX HC | 6870 | GREEN RONIN PUBLISHING | 5 | GAMES | 504 |
| STL055256 | WORLD OF LAZARUS MODERN AGE RP | 6870 | GREEN RONIN PUBLISHING | 5 | GAMES | 466 |
| STL204573 | MODERN AGE RPG MASTERY GUIDE H | 6870 | GREEN RONIN PUBLISHING | 5 | GAMES | 455 |
| STL101868 | EXPANSE RPG GAME MASTERS KIT H | 6870 | GREEN RONIN PUBLISHING | 5 | GAMES | 417 |
| STL080416 | MODERN AGE RPG GAME MASTERS KI | 6870 | GREEN RONIN PUBLISHING | 5 | GAMES | 394 |
| STL270737 | CTHULHU AWAKENS AGE RPG GM KIT | 6870 | GREEN RONIN PUBLISHING | 5 | GAMES | 374 |
| STL125024 | FANTASY AGE RPG LAIRS HC | 6870 | GREEN RONIN PUBLISHING | 5 | GAMES | 360 |
| STL041920 | PATHFINDER RPG FREEPORT BESTIA | 6870 | GREEN RONIN PUBLISHING | 5 | GAMES | 313 |
| STL301913 | FANTASY AGE RPG LOST ISLAND PI | 6870 | GREEN RONIN PUBLISHING | 5 | GAMES | 287 |
| STL214963 | SIX OF CUPS BLUE ROSE RPG ADV | 6870 | GREEN RONIN PUBLISHING | 5 | GAMES | 267 |
| STL125022 | BLUE ROSE RPG ENVOYS MOUNT HC | 6870 | GREEN RONIN PUBLISHING | 5 | GAMES | 245 |
| STL221196 | MUTANTS & MASTERMINDS RPG ASTO | 6870 | GREEN RONIN PUBLISHING | 5 | GAMES | 238 |
| STL172618 | BLUE ROSE ADVENTURERS GUIDE AL | 6870 | GREEN RONIN PUBLISHING | 5 | GAMES | 233 |
| STL052978 | ORK RPG SECOND ED (RES) (C: 0- | 6870 | GREEN RONIN PUBLISHING | 5 | GAMES | 231 |
| STL080415 | BLUE ROSE RPG ALDIS CITY SOURC | 6870 | GREEN RONIN PUBLISHING | 5 | GAMES | 219 |
| STL101867 | MUTANTS AND MASTERMINDS RPG SU | 6870 | GREEN RONIN PUBLISHING | 5 | GAMES | 189 |
| STL164532 | LOST CITADEL GM KIT (APR208303 | 6870 | GREEN RONIN PUBLISHING | 5 | GAMES | 155 |
| STL196404 | SENTINELS EARTH PRIME COOP CAR | 6870 | GREEN RONIN PUBLISHING | 5 | GAMES | 150 |
| STL214962 | FANTASY AGE GAME MASTERS TOOLK | 6870 | GREEN RONIN PUBLISHING | 5 | GAMES | 146 |
| STL244435 | SOL SYSTEM SOURCEBOOK FOR THE | 6870 | GREEN RONIN PUBLISHING | 5 | GAMES | 129 |
| STL204572 | EXPANSE RPG BEYOND RING HC | 6870 | GREEN RONIN PUBLISHING | 5 | GAMES | 119 |
| STL111387 | TALES OF THE LOST CITADEL PROS | 6870 | GREEN RONIN PUBLISHING | 4 | BOOKS - NOVELS/SF/HORROR | 108 |
| STL136039 | FANTASY AGE BUILDERS GUIDE HC | 6870 | GREEN RONIN PUBLISHING | 5 | GAMES | 85 |
| STL041927 | LOVE TO HATE POLITICS CARD GAM | 6870 | GREEN RONIN PUBLISHING | 5 | GAMES | 73 |
| STL147098 | MUTANTS & MASTERMINDS ROAD TRI | 6870 | GREEN RONIN PUBLISHING | 4 | BOOKS - NOVELS/SF/HORROR | 69 |
| STL125027 | MODERN AGE RPG ENEMIES & ALLIE | 6870 | GREEN RONIN PUBLISHING | 5 | GAMES | 60 |
| STL196414 | SENTINELS OF EARTH PRIME COOP | 6870 | GREEN RONIN PUBLISHING | 5 | GAMES | 32 |
| STL055255 | RETURN TO FREEPORT ADV FOR PAT | 6870 | GREEN RONIN PUBLISHING | 5 | GAMES | 29 |
| STL125029 | THE EXPANSE RPG ABZUS BOUNTY H | 6870 | GREEN RONIN PUBLISHING | 5 | GAMES | 28 |
| STL196415 | SENTINELS OF EARTH PRIME COOP | 6870 | GREEN RONIN PUBLISHING | 5 | GAMES | 21 |
| STL045524 | BLUE ROSE RPG SIX OF SWORDS HC | 6870 | GREEN RONIN PUBLISHING | 5 | GAMES | 7 |
| STL045052 | MUTANTS AND MASTERMINDS RPG EM | 6870 | GREEN RONIN PUBLISHING | 5 | GAMES | 7 |
| STL196411 | SENTINELS OF EARTH PRIME COOP | 6870 | GREEN RONIN PUBLISHING | 5 | GAMES | 6 |

56218992.1 09/08/2025